**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: BANKORD, MARK A                          § Case No. 13-80964
                                                §
                                                §
Debtor(s)                                       §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on March 22, 2013. The undersigned trustee was appointed on September 04, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $           6,911.42

    Funds were disbursed in the following amounts:
    Payments made under an
       interim distribution                                       0.00
    Administrative expenses                                       4.74
    Bank service fees                                            80.52
    Other payments to creditors                                   0.00
    Non-estate funds paid to 3rd Parties                          0.00
    Exemptions paid to the debtor                                 0.00
    Other payments to the debtor                                  0.00

    Leaving a balance on hand of [1]         $           6,826.16

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/28/2014 and the deadline for filing governmental claims was 09/18/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,441.14. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,441.14, for a total compensation of $1,441.14.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/10/2014          By: /s/JAMES E. STEVENS
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-80964  
**Case Name:** BANKORD, MARK A  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 03/22/13 (f)  
**§341(a) Meeting Date:** 05/02/13  

**Period Ending:** 07/10/14  
**Claims Bar Date:** 03/28/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 9326 Eastonview Lane | 340,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 800.00 | 0.00 | | 0.00 | FA |
| 3 | checking/Blackhawk Bank | 800.00 | 0.00 | | 0.00 | FA |
| 4 | Seucirty Deposit/Range Property Mgmt (1/2) | 500.00 | 0.00 | | 0.00 | FA |
| 5 | HHGS/furnishings | 5,000.00 | 0.00 | | 0.00 | FA |
| 6 | Books,/pictures | 750.00 | 0.00 | | 0.00 | FA |
| 7 | Wearing apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8 | jewelry | 500.00 | 0.00 | | 0.00 | FA |
| 9 | MetLife (whole life insurance) | Unknown | 0.00 | | 0.00 | FA |
| 10 | MetLife - 131 shares | 4,750.00 | 4,750.00 | | 6,911.42 | FA |
| 11 | ADW, LLC - 9% interest | 0.00 | 0.00 | | 0.00 | FA |
| 12 | compensation owed but not paid (uncollectible) | 145,000.00 | 0.00 | | 0.00 | FA |
| 13 | 2001 Yukon GMC XL (180,000 miles) | 6,000.00 | 0.00 | | 0.00 | FA |
| 13 | Assets    Totals (Excluding unknown values) | **$505,100.00** | **$4,750.00** | | **$6,911.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    July 10, 2014          **Current Projected Date Of Final Report (TFR):**    July 10, 2014  (Actual)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 13-80964 | Trustee: | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- |
| Case Name: | BANKORD, MARK A | Bank Name: | Rabobank, N.A. |
| | | Account: | ******6066 - Checking Account |
| Taxpayer ID #: | **-***1604 | Blanket Bond: | $780,000.00  (per case limit) |
| Period Ending: | 07/10/14 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/14/13 | {10} | Met Life | Dividend check on stock | 1129-000 | 25.94 | | 25.94 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 15.94 |
| 12/30/13 | {10} | MetLife | dividend on stock | 1129-000 | 25.94 | | 41.88 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 31.88 |
| 01/06/14 | {10} | MetLife | proceeds sale of MetLife shares | 1129-000 | 6,859.54 | | 6,891.42 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,881.42 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,871.42 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,861.42 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.52 | 6,850.90 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,840.90 |
| 06/05/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2014 FOR CASE #13-80964, 016018067 | 2300-000 | | 4.74 | 6,836.16 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,826.16 |

|  |  |  |
| --- | --- | --- |
| ACCOUNT TOTALS | 6,911.42 | 85.26 | $6,826.16 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 6,911.42 | 85.26 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $6,911.42 | $85.26 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| Checking # ******6066 | 6,911.42 | 85.26 | 6,826.16 |
| | $6,911.42 | $85.26 | $6,826.16 |

{} Asset reference(s)

Printed: 07/10/2014 07:55 AM   V.13.15

Printed: 07/10/14 07:55 AM  **Claims Distribution Register**  Page: 1

## Case: 13-80964   BANKORD, MARK A

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| **Secured Claims:** | | | | | | | | |
| 6S | 03/04/14 | 100 | Randall B Auker<br>3123 Spring Harbour Dr<br>Rockford, IL 61114<br>&lt;4210-00  Pers. Prop. & Intangibles--Consensual Liens (UCC, chattel, PMSI)&gt;<br>Claim #6S is allowed as a secured claim but disallowed for purposes of distribution. The Bankruptcy Court having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate. | 550,000.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Priority 100:   0% Paid** | | | | | |
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 03/22/13 | 200 | BARRICK, SWITZER LAW FIRM<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br>&lt;3110-00  Attorney for Trustee Fees (Trustee Firm)&gt; | 1,667.00 | 1,667.00 | 0.00 | 1,667.00 | 1,667.00 |
| | 03/22/13 | 200 | JAMES E. STEVENS<br>6833 Stalter Drive<br>Rockford, IL 61108<br>&lt;2100-00  Trustee Compensation&gt; | 1,441.14 | 1,441.14 | 0.00 | 1,441.14 | 1,441.14 |
| | | | **Total for Priority 200:   100% Paid** | **$3,108.14** | **$3,108.14** | **$0.00** | **$3,108.14** | **$3,108.14** |
| | | | **Total for Admin Ch. 7 Claims:** | **$3,108.14** | **$3,108.14** | **$0.00** | **$3,108.14** | **$3,108.14** |
| **Priority Claims:** | | | | | | | | |
| 1P | 01/28/14 | 570 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114<br>&lt;5800-00  Claims of Governmental Units&gt; | 51,590.51 | 51,590.51 | 0.00 | 51,590.51 | 3,599.11 |
| 3P | 02/04/14 | 570 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O.Box 64338<br>Chicago, IL 60664-0338<br>&lt;5800-00  Claims of Governmental Units&gt; | 1,704.50 | 1,704.50 | 0.00 | 1,704.50 | 118.91 |
| | | | **Total for Priority 570:   6.97630% Paid** | **$53,295.01** | **$53,295.01** | **$0.00** | **$53,295.01** | **$3,718.02** |
| | | | **Total for Priority Claims:** | **$53,295.01** | **$53,295.01** | **$0.00** | **$53,295.01** | **$3,718.02** |
| **Unsecured Claims:** | | | | | | | | |
| 1U | 01/28/14 | 610 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114<br>&lt;7100-00  General Unsecured § 726(a)(2)&gt; | 44,194.27 | 44,194.27 | 0.00 | 44,194.27 | 0.00 |

Printed: 07/10/14 07:55 AM        **Claims Distribution Register**        Page: 2

**Case:  13-80964    BANKORD, MARK A**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| 2 | 01/30/14 | 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 3,366.83 | 3,366.83 | 0.00 | 3,366.83 | 0.00 |
| 3U | 02/04/14 | 610 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O.Box 64338<br>Chicago, IL 60664-0338<br><7100-00   General Unsecured § 726(a)(2)> | 295.50 | 295.50 | 0.00 | 295.50 | 0.00 |
| 4 | 02/27/14 | 610 | Toyota Motor Credit Corporation<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 10,983.56 | 10,983.56 | 0.00 | 10,983.56 | 0.00 |
| 5 | 03/03/14 | 610 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br><7100-00   General Unsecured § 726(a)(2)> | 5,511.12 | 5,511.12 | 0.00 | 5,511.12 | 0.00 |
| 6U | 03/04/14 | 610 | Randall B Auker<br>3123 Spring Harbour Dr<br>Rockford, IL 61114<br><7100-00   General Unsecured § 726(a)(2)> | 477,000.00 | 477,000.00 | 0.00 | 477,000.00 | 0.00 |
| 7 | 03/20/14 | 610 | ACS Technologies Group, Inc.<br>c/o Robert Y. Knowlton,Haynsworth<br>Sinkler Boyd, P.A.,Post Office Box 11889<br>Columbia, SC 29211<br><7100-00   General Unsecured § 726(a)(2)> | 1,457,916.40 | 1,457,916.40 | 0.00 | 1,457,916.40 | 0.00 |
| 8 | 03/24/14 | 610 | Wells Fargo Bank, N.A.<br>P.O. Box 19657<br>Irvine, CA 92623-9657<br><7100-00   General Unsecured § 726(a)(2)> | 88,733.74 | 88,733.74 | 0.00 | 88,733.74 | 0.00 |
| | | | **Total for Priority 610:   0% Paid** | **$2,088,001.42** | **$2,088,001.42** | **$0.00** | **$2,088,001.42** | **$0.00** |
| | | | **Total for Unsecured Claims:** | **$2,088,001.42** | **$2,088,001.42** | **$0.00** | **$2,088,001.42** | **$0.00** |
| | | | **Total for Case :** | **$2,694,404.57** | **$2,144,404.57** | **$0.00** | **$2,144,404.57** | **$6,826.16** |

**TRUSTEE'S PROPOSED DISTRIBUTION**     Exhibit D

Case No.: 13-80964
Case Name: BANKORD, MARK A
Trustee Name: JAMES E. STEVENS

**Balance on hand:**     $     6,826.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6S | Randall B Auker | 550,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:     $     0.00
Remaining balance:     $     6,826.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,441.14 | 0.00 | 1,441.14 |
| Attorney for Trustee, Fees - BARRICK, SWITZER LAW FIRM | 1,667.00 | 0.00 | 1,667.00 |

Total to be paid for chapter 7 administration expenses:     $     3,108.14
Remaining balance:     $     3,718.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $     0.00
Remaining balance:     $     3,718.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $53,295.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 51,590.51 | 0.00 | 3,599.11 |
| 3P | Illinois Department of Revenue | 1,704.50 | 0.00 | 118.91 |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 3,718.02 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,088,001.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 44,194.27 | 0.00 | 0.00 |
| 2 | American Express Centurion Bank | 3,366.83 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | 295.50 | 0.00 | 0.00 |
| 4 | Toyota Motor Credit Corporation | 10,983.56 | 0.00 | 0.00 |
| 5 | American Express Centurion Bank | 5,511.12 | 0.00 | 0.00 |
| 6U | Randall B Auker | 477,000.00 | 0.00 | 0.00 |
| 7 | ACS Technologies Group, Inc. | 1,457,916.40 | 0.00 | 0.00 |
| 8 | Wells Fargo Bank, N.A. | 88,733.74 | 0.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$**        0.00
Remaining balance:                        $        0.00

**UST Form 101-7-TFR (05/1/2011)**