# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: BANKORD, MARK A  § Case No. 13-80964
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 08/20/2014 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  07/10/2014          By:  /s/JAMES E. STEVENS
                                                                                                   Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: BANKORD, MARK A | § | Case No. 13-80964 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 6,911.42 |
| and approved disbursements of | $ 85.26 |
| leaving a balance on hand of [1] | $ 6,826.16 |
| **Balance on hand:** | $ 6,826.16 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6S | Randall B Auker | 550,000.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,826.16 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,441.14 | 0.00 | 1,441.14 |
| Attorney for Trustee, Fees - BARRICK, SWITZER LAW FIRM | 1,667.00 | 0.00 | 1,667.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,108.14 |
| Remaining balance: | $ 3,718.02 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,718.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $53,295.01 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 51,590.51 | 0.00 | 3,599.11 |
| 3P | Illinois Department of Revenue | 1,704.50 | 0.00 | 118.91 |

Total to be paid for priority claims: $ 3,718.02
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,088,001.42 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 44,194.27 | 0.00 | 0.00 |
| 2 | American Express Centurion Bank | 3,366.83 | 0.00 | 0.00 |
| 3U | Illinois Department of Revenue | 295.50 | 0.00 | 0.00 |
| 4 | Toyota Motor Credit Corporation | 10,983.56 | 0.00 | 0.00 |
| 5 | American Express Centurion Bank | 5,511.12 | 0.00 | 0.00 |
| 6U | Randall B Auker | 477,000.00 | 0.00 | 0.00 |
| 7 | ACS Technologies Group, Inc. | 1,457,916.40 | 0.00 | 0.00 |
| 8 | Wells Fargo Bank, N.A. | 88,733.74 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 0.00 |

Prepared By:  /s/JAMES E. STEVENS
                          Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                           United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                           Case No. 13-80964-TML
Mark A Bankord                                                   Chapter 7
       Debtor
                             CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez                Page 1 of 2              Date Rcvd: Aug 01, 2014
                              Form ID: pdf006              Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2014.
db           #+Mark A Bankord,    9325 Easton View,   Rockford, IL 61107-2937
20247048      +ACS Technologies,   180 Dunbarton Drive,   Florence, SC 29501-1991
20247049      +ACS Technologies Group, Inc.,    C/O Law Offices Haynsworth Sinkler Boyd,   P.O. Box 11889,
                Columbus, OH 43211
21684097      +ACS Technologies Group, Inc.,   c/o Robert Y. Knowlton,   Haynsworth Sinkler Boyd, P.A.,
                Post Office Box 11889,   Columbia, South Carolina 29211-1889
21469384       American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20247050       American Express Gold,   Box 0001,   Los Angeles, CA 90096-8000
20247051       American Express Platinum,   Box 0001,   Los Angeles, CA 90096-8000
20247052      +Associated Bank,   1305 Main Street,   Stevens Point, WI 54481-2898
20247053      +Attorney David Mayfield,   4023 Charles Street,   Rockford, IL 61108-6135
20247056       BP,   Cardmember Services,   PO Box 15153,   Wilmington, DE 19886-5153
20247054       Bank Of America,   PO Box 851001,   Dallas, TX 75285-1001
20247055       Bank Of America,   Hudson City Savings Bank,   PO Box 10222,   Van Nuys, CA 91410-0222
20247046      +Bankord Mark A,   9325 Easton View,   Rockford, IL 61107-2937
20389642      +Carl Cacciatore,   3402 Twin Ridge Lane,   Rockford, IL 61109-3874
20247057      +Cherryvale Tire,   1969 Pawlisch Drive,   Rockford, IL 61112-1011
20247058       Citi,   PO Box 6077,   Sioux Falls, SD 57117-6077
20247059       Citi Bank,   Processing Center,   Des Moines, IA 50363-0001
20389644      +Dave Odling,   801 North Perryville Road,   Rockford, IL 61107-6209
20389638       Hudson City Savings Bank,   PO Box 10222,   Van Nuys, CA 91410-0222
21488704       Illinois Department of Revenue,   Bankruptcy Section,   P.O.Box 64338,
                Chicago, Illinois 60664-0338
20247061      +Jack Wolf, GMC,   1855 North State Street,   Belvidere, IL 61008-2011
20247062      +Lakeshore Marine,   3326-F Lakeshore Blvd.,   Jacksonville, FL 32210-5381
20247063       Lexus Financial Services,   PO Box 5236,   Carol Stream, IL 60197-5236
20389641      +Newburg Green Condo Association,   C/O Ken Irwin,   1728 Meadow Lark Lane,
                Rockford, IL 61108-6757
20789702      +Randall B Auker,   3123 Spring Harbour Dr,   Rockford IL 61114-6605
20247065       Randall B. Auker,   C/O Mauck & Baker, LLC,   One North Lasalle Stree, Suite #600,
                Chicago, IL 60602
20247066      +Range Properties,   PO Box 316,   Estes Park, CO 80517-0316
20247068      +Rockford Bank & Trust,   4571 Guilford Road,   Rockford, IL 61107-2228
20389645       Sherri Bankord,   111 Weist Drive #2A,   Estes Park, CO 80517
20247069      +TJ Held Landscape, Inc.,   PO Box 5841,   Rockford, IL 61125-0841
20273107       Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
20247070      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,   PO Box 790408,   St. Louis, MO 63179-0408)
20247071      +Wells Fargo,   PO Box 6700,   Rancho Cucamonga, CA 91729-6700
21696757       Wells Fargo Bank, N.A.,   P.O. Box 19657,   Irvine, CA 92623-9657
20247047       Yalden Olsen & Willette,   1318 E State St,   Rockford, IL 61104-2228
20389639      +lllnols Department Of Revenue,   101 West Jefferson Street,   Springfield, IL 62702-5145

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20247060       E-mail/Text: cio.bncmail@irs.gov Aug 02 2014 00:51:30      Internal Revenue Service,
                P.O. Box 21126,   Philadelphia, PA 19114
20389640       E-mail/Text: cio.bncmail@irs.gov Aug 02 2014 00:51:30      Internal Revenue Service,
                Centralized Insolvency PO Box 7346,   Phlladelphla, PA 19101-7346
20247064      +E-mail/Text: heather@marinemaint.com Aug 02 2014 00:52:50       Marine Maintenance,
                7803 McElvey Road,   Panama City, FL 32408-4937
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21600162*      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
21579667*      Toyota Motor Credit Corporation,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
20389643     ##+Cliff Smith,   1821 Wickham Drive,   Caledonia, IL 61011-9141
20247067     ##+Rick Hardman,   5812 Meadowlane Court,   Rockford, IL 61108-6758
                                                                                 TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: cshabez              Page 2 of 2                  Date Rcvd: Aug 01, 2014
                              Form ID: pdf006            Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2014                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 31, 2014 at the address(es) listed below:
          Carole J. Ryczek    on behalf of Debtor Mark A Bankord carole.ryczek@usdoj.gov
          Carole J. Ryczek    on behalf of U.S. Trustee Patrick S Layng carole.ryczek@usdoj.gov
          George P Hampilos    on behalf of Plaintiff Rick  Hardman georgehamp@aol.com,
           kris@hampilos-langley.com
          George P Hampilos    on behalf of Plaintiff Beverly  Hardman georgehamp@aol.com,
           kris@hampilos-langley.com
          James E Stevens    on behalf of Trustee James E Stevens jimstevens@bslbv.com
          James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
          Joseph D Olsen    on behalf of Debtor Mark A Bankord jolsenlaw@aol.com
          Joseph D Olsen    on behalf of Defendant Mark A Bankord jolsenlaw@aol.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Timothy R Yueill    on behalf of Creditor   Hudson City Savings Bank, FSB timothyy@nevellaw.com
          Whitman H. Brisky    on behalf of Creditor Randall B. Auker wbrisky@mauckbaker.com,
           WHBCourt@mauckbaker.com;raguilan@mauckbaker.com
                                                                                             TOTAL: 11
```